IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KENNETH FOWLER,

    Plaintiff,

v.

WARDEN CHERYL EPLETT, et al.,

    Defendants.

ORDER

Case No. 23-cv-463-wmc

Plaintiff Kenneth Fowler, a prisoner in the custody of the Wisconsin Department of Corrections, has submitted a proposed civil action under 42 U.S.C. § 1983. Plaintiff has filed a certified copy of a trust fund account statement in support of the motion for leave to proceed without prepaying the fee. After considering the motion and supporting documentation, the court finds that plaintiff's financial situation does not warrant a determination of indigency. Accordingly, plaintiff must prepay the $402 fee[1] for commencing this action.

ORDER

IT IS ORDERED that plaintiff Kenneth Fowler's petition for leave to proceed without prepayment of the filing fee is DENIED. Plaintiff must pay the $402 fee no later than August 2, 2023. If plaintiff fails to do so, this action may be dismissed without prejudice to plaintiff filing the case at a later date.

Entered this 12th day of July, 2023.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge

---

[1] Effective December 1, 2020, the total fee for filing a civil action is $402 (the $350 statutory fee plus the $52 miscellaneous administrative fee).